IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90138 |
| **Geden Holdings, Ltd.** | § | |
| | § | Chapter 15 |
| Debtor in a Foreign Proceeding | § | |

**ORDER (I) SCHEDULING RECOGNITION HEARING AND
(II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon the Motion (the "Motion") of Dr. Reuben Balzan as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtor (the "Debtor" or "Geden"), seeking entry of an order (i) scheduling a hearing on the relief sought in the Verified Petition[1], (ii) settling the deadline by which any responses or objections to the Verified Petition must be received, (iii) approving the form of notice of the Recognition Hearing (the "Notice"), substantially in the form attached hereto as **Exhibit A**; and (iv) approving the manner of service of the Notice; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); and adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; and it appearing that the relief requested in the Motion is necessary and beneficial to the Debtor; and no objections or other responses having been filed that have not been overruled, withdrawn or otherwise resolved; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] Capitalized terms used by not otherwise defined herein shall have the meanings ascribed to them in the Verified Petition.

1. A hearing on the relief requested in the Verified Petition is scheduled for May __, 2025 at ____ (prevailing Central Time), or as soon as thereafter as counsel shall be heard, in Courtroom 400 of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk, Houston, Texas 77002.

2. The form of notice of the Recognition Hearing is substantially the form attached hereto as Exhibit A (the "Notice") is hereby approved.

3. The Foreign Representative shall serve copies of the Notice by electronic or first-class mail on: (a) the Office of the United States Trustee for the Southern District of Texas; (b) counsel to Eclipse Liquidity, Inc., (c) Samsung C&T Deutsshland Gmbh, (d) counsel to Advantage Tankers, LLC and Award Shipping, LLC, (e) Gulsun Nazli Karamehmet-Williams and Courtney Williams (f) all persons authorized to administer the foreign proceeding of Geden, (g) all parties to litigation pending in the United States in which Geden is a party as of the Petition Date; (h) such other entities as this Court may direct.

4. The Foreign Representative shall serve the Notice and any subsequent notices upon any party that files a notice of appearance in this chapter 15 case, within three business days of the filing of such notice of appearance, or as soon thereafter as practicable, if such documents have not already been served on such party (or its counsel).

5. Service of the Notice in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.

6. All notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or are hereby waived.

7. Responses or objections to the Verified Petition and the relief requested therein must be made pursuant to the Bankruptcy Code, the local rules of the Court, and the Bankruptcy

Rules, and such response or objection must be in writing and set forth the basis therefor, which response or objection must be filed with the Court and shall be served upon United States counsel for the Foreign Representative, Okin Adams Bartlett Curry, LLP, 113 Vine Street, Suite 240, Houston, TX 77002 **so as to be actually received by no later than 5:00 p.m. Central Time on May \_\_\_, 2025.**

8.   Upon entry of this Order, the Malta Proceeding and all orders of the Malta Court shall be and hereby are granted comity and given full force and effect in the United States.

Signed: May \_\_\_, 2025

_____
ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**Notice of Recognition Hearing**

4929-0339-6918, v. 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90138 |
| Geden Holdings, Ltd.[1] | § | |
| | § | Chapter 15 |
| Debtor in a Foreign Proceeding | § | |

NOTICE OF RECOGNITION HEARINGS
ON FOREIGN RECOGNITION PROCEEDINGS

**PLEASE TAKE NOTICE** that on April 28, 2025, Dr. Reuben Balzan (the "Foreign Representative"), in his capacity as the authorized representative of the above-captioned debtor (the "Debtor" or "Geden") regarding the Debtor's court ordered liquidation in Matla (the "Foreign Proceeding") before the First Hall of the Civil Court (the "Maltese Court"), filed a *Verified Petition (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Emergency Interim Relief for Issuance of the Automatic Stay, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition") pursuant to 11 U.S.C. §§ 1504, 1515, and 1517 with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Debtor seeks entry of an order recognizing the Foreign Proceeding as a foreign main proceeding pursuant to section 1517 of title 11 of the United States Code (the "Bankruptcy Court") and granting certain additional relief pursuant to sections 105(a), 1507, 1510, 1515, and 1521 of the Bankruptcy Code.

---

[1] Geden Holdings, Ltd. was ordered to be wound up by the Maltese Court (the "Windup Order") a copy of the Maltese order is attached hereto as Exhibit A. The Liquidator's office, Valletta Legal, is located at No. 4 St Andrews Street, Valletta VLT 1341, Malta, and its service address in this chapter 15.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing with respect to the Verified Petition (the "Recognition Hearing") for ____ (prevailing Central Time) on May __, 2025.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to the Verified Petition must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Court, and such response or objection must be in writing and set forth the basis therefor, which response or objection must be filed with the Court and shall be served upon United States counsel for the Foreign Representative:, Okin Adams Bartlett Curry, LLP, 1113 Vine Street, Suite 240, Houston, TX 77002 **so as to be actually received by no later than 5:00 p.m. Central Time on May ___, 2025**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Verified Petition filed by the Foreign Representative may be obtained by visiting the Court's website at http://www.txs.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States Counsel addressed to: Okin Adams Bartlett Curry, LLP, 1113 Vine Street, Suite 240, Houston, TX 77002, Attn: Matthew Okin, Edward Clarkson, and Kelley Edwards.

**PLEASE TAKE FURTHER NOTICE** that hearings in this matter, including the Recognition Hearing, shall take place at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that at such hearing the Court may order the scheduling of a case management conference to consider the efficient administration of this chapter 15 case.

4935-0450-8983, v. 2

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Verified Petition carefully and discuss it with your attorney, if you have one in connection with this chapter 15 case.  If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested. Respectfully submitted,

           **OKIN ADAMS BARTLETT CURRY LLP**

           By:    /s/ *Matthew S. Okin*

               Matthew S. Okin
               Texas Bar No. 00784695
               mokin@okinadams.com
               Edward A. Clarkson
               Texas Bar No. 24059118
               eclarkson@okinadams.com
               Kelley K. Edwards
               Texas Bar No. 24129017
               kedwards@okinadams.com
               1113 Vine St., Suite 240
               Houston, Texas 77002
               Tel: 713.228.4100
               Fax: 346.247.7158

           **ATTORNEYS FOR THE FOREIGN REPRESENTATIVE**