IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90138 |
| **Geden Holdings, Ltd.** | § | |
| | § | Chapter 15 |
| Debtor in a Foreign Proceeding | § | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served: (i) on April 29, 2025 *via* the Court's CM/ECF system on any party having appeared and requested notice in the Chapter 15 Case at the time of filing of the pleadings; (ii) on April 29, 2025 *via* email, where available, to the persons and entities identified in the service list attached hereto as **Exhibit A**; and (iii) on April 29, 2025 *via* United States Mail, or International Mail, as applicable, postage prepaid, to the persons and entities identified in the service list attached hereto as **Exhibit B**.

1. *Debtor's Emergency Motion to Apply Complex Case Procedures to Chapter 15 Case* [ECF # 3];

2. *Debtor's Emergency Motion for Entry of an Order (I) Granting Emergency Provisional Relief for Issuance of the Automatic Stay, and (II) Related Relief* [ECF # 4];

3. *Debtor's Emergency Motion for Entry of an Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice* [ECF # 5]; and

4. *Declaration of Foreign Representative Pursuant to 11 U.S.C. § 115 and Rule 1007(A)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative (III) Emergency Provisional Relief for Issuance of the Automatic Stay, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF # 6].

Respectfully submitted this 29th day of April, 2025.

        **OKIN ADAMS BARTLETT CURRY LLP**

By:    /s/ *Kelley K. Edwards*
       Matthew S. Okin
       Texas Bar No. 00784695
       mokin@okinadams.com
       Edward A. Clarkson
       Texas Bar No. 24059118
       eclarkson@okinadams.com
       Kelley K. Edwards
       Texas Bar No. 24129017
       kedwards@okinadams.com
       1113 Vine St., Suite 240
       Houston, Texas 77002
       Tel: 713.228.4100
       Fax: 346.247.7158

**ATTORNEYS FOR THE FOREIGN REPRESENTATIVE**

4869-0094-2408 v.1