**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 25-90138** |
| **Geden Holdings, Ltd.** | § | |
| | § | **Chapter 15** |
| Debtor in a Foreign Proceeding | § | |

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the *Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice* (the "Scheduling Order") [Docket No. 14], and the *Order Granting Debtor's Emergency Motion for Entry of an Order (I) Granting Emergency Provisional Relief for Issuance of the Automatic Stay, and (II) Related Relief* (the "Provisional Relief Order") [Docket No. 13] were served on May 1, 2025 *via* the Court's CM/ECF system on any party having appeared and requested notice in the Chapter 15 Case at the time of filing of the pleadings.

I, further, certify that true and correct copies of the *Notice of Recognition Hearings on Foreign Recognition Proceedings* (the "Notice of Foreign Recognition Hearing") [Docket No. 18], were served on May 2, 2025 *via* the Court's CM/ECF system on any party having appeared and requested notice in the Chapter 15 Case at the time of filing of the pleadings.

I, further, certify that true and correct copies of the Scheduling Order, the Provisional Relief Order, and the Notice of Foreign Recognition Hearing were served on May 2, 2025 *via* email, where available, to the persons and entities identified in the service list attached hereto as **Exhibit A**.

I, further, certify that true and correct copies of the Scheduling Order, the Provisional Relief Order, and the Notice of Foreign Recognition Hearing were served on May 5, 2025 *via*

United States Mail, or International Mail, as applicable, postage prepaid, to the persons and entities identified in the service list attached hereto as **Exhibit B**.

I, further, certify that true and correct copies of the Scheduling Order, the Provisional Relief Order, and the Notice of Foreign Recognition Hearing were served on May 13, 2025 *via* email, where available, to the persons and entities identified in the service list attached hereto as **Exhibit C**; and *via* United States Mail, or International Mail, as applicable, postage prepaid, to the persons and entities identified in the service list attached hereto as **Exhibit D**.

Respectfully submitted this 14th day of May, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:      /s/ *Edward A. Clarkson, III*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
Edward A. Clarkson
Texas Bar No. 24059118
eclarkson@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
kedwards@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE FOREIGN REPRESENTATIVE**