IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| GEDEN HOLDINGS, LTD., | Case No. 25-90138 |
| Debtor in a Foreign Proceeding. | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION OF ADVANTAGE AWARD SHIPPING, LLC TO VERIFIED PETITION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDING, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

Advantage Award Shipping, LLC ("**Advantage Award**"),[1] by and through their undersigned counsel, hereby request the Bankruptcy Court take judicial notice of the following documents (collectively, the "**Documents**") pursuant to Federal Rule of Evidence 201 in support of the *Objection of Advantage Award Shipping, LLC to the Verified Petition for (I) Recognition Of Foreign Main Proceeding, (II) Recognition Of Foreign Representative, and (III) Related Relief Under Chapter 15 Of The Bankruptcy Code* (the "**Objection**"), filed concurrently herewith:

---

[1] Under Local Rule 9027-3, Advantage Award does not consent to entry of final orders or judgments by the bankruptcy judge. Advantage appears in this matter for the sole purpose of opposing recognition. By so appearing, Advantage Award: (a) does not submit to the jurisdiction of this Court or the U.S. District Court for the Southern District of Texas under one or more of 28 U.S.C. §§ 157, 1334, and 1452 (together, the "**Bankruptcy Court**"); (b) does not waive any argument that the Bankruptcy Court lacks jurisdiction over Advantage Award or any disputes between Advantage Award on the one hand and the Liquidator (as defined below) and any other party to this proceeding on the other hand; and (c) does not waive any argument regarding the referral of any matter from the United States District Court to the United States Bankruptcy Court, or any argument for or against removal, remand, or abstention.

4932-8732-7303.1 01222.00001

**DOCUMENTS TO BE JUDICIALLY NOTICED**

A.  **The Consolidated S.D. Tex. Action**

**Exhibit 1**: *Original Verified Complaint* filed by Eclipse Liquidity, Inc. ("**Eclipse**") in the United States District Court for the Southern District of Texas on June 10, 2015, which commenced *Eclipse Liquidity, Inc. v. Avor Navigation Ltd., et al.,* Case No. 4:15-cv-01645 (S.D. Tex.) ("**Eclipse II**").

**Exhibit 2**: *Original Verified Complaint* filed by Tank Punk, Inc. ("**Tank**") in the United States District Court for the Southern District of Texas on June 12, 2015, which commenced *Tank Punk, Inc. v. Spike Shipping Ltd.,* Case No. 4:15-cv-01675 (S.D. Tex.) ("**Tank I**").

**Exhibit 3**: *Original Verified Complaint* filed by Psara Energy, Ltd. ("**Psara**") in the United States District Court for the Southern District of Texas on June 12, 2015, which commenced *Psara Energy, Ltd. v. Space Shipping, Ltd.,* Case No. 4:15-cv-01673 (S.D. Tex.) ("**Psara I**").

**Exhibit 4**: *Order* dated July 28, 2015 (the "**S.D. Tex. Consolidation Order**"), pursuant to which Eclipse II was consolidated (such consolidated case, the "**Consolidated S.D. Tex. Action**") with Tank I and Psara I.

**Exhibit 5**: *Memorandum and Recommendation Granting Defendants' Amended Motion to Vacate Attachments and Dismiss* issued by United States Magistrate Judge Frances H. Stacy on July 6, 2016 in the Consolidated S.D. Tex. Action.

**Exhibit 6**: *Final Judgment* issued by United States District Judge Ewing Werlein, Jr. on November 23, 2016 in the Consolidated S.D. Tex. Action.

B.  **Tank II**

**Exhibit 7**: *Original Verified Complaint* filed by Tank in the United States District Court for the Eastern District of Texas on November 20, 2015, which commenced *Tank Punk, Inc. v. Spike Shipping Ltd.,* Case No. 1:15-cv-00461-MAC ("**Tank II**").

**Exhibit 8**: *Amended Order of Dismissal and Directing the Release of Security* issued by United States District Judge Marcia A. Crone on November 21, 2016 in Tank II.

C.   **Psara II**

**Exhibit 9**: *Original Verified Complaint* filed by Psara Energy, Ltd. ("**Psara**") filed in the United States District Court for the Eastern District of Texas on September 18, 2015, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 1:15-cv-00355 (E.D. Tex.) ("**Psara II**").

**Exhibit 10**: *Order of Dismissal* issued by United States District Judge Ron Clark on January 7, 2016 in Psara II.

D.   **Psara III**

**Exhibit 11**: *Plaintiff's Original Verified Complaint* filed by Psara in the United States District Court for the Eastern District of Pennsylvania, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:16-cv-04840-WB (E.D. Pa.) ("**Psara III**").

**Exhibit 12**: *Order* issued by United States District Judge Wendy Beetlestone in Psara III on January 3, 2017.

E.   **Psara IV**

**Exhibit 13**: *Original Verified Complaint* filed by Psara in the United States District Court for the Eastern District of Louisiana, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:16-cv-01305-SM-MBN (E.D. La.) ("**Psara IV**").

**Exhibit 14**: *Order* issued by United States District Judge Susie Morgan in Psara IV on January 6, 2017.

F.   **Psara V**

**Exhibit 15**: *Plaintiff's Original Verified Complaint* filed by Psara in the United States District Court for the Eastern District of Texas, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 1:18-cv-00178 (E.D. Tex.) ("**Psara V**").

**Exhibit 16**: *Order of Dismissal* issued by United States District Judge Marcia A. Crone in Psara V and Psara VI (as defined below) on February 10, 2021.

G.    <u>Psara VI</u>

**Exhibit 17**: *Original Verified Complaint* filed by Psara in the United States District Court for the Eastern District of Louisiana, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:18-cv-04111 ("**Psara VI**").

**Exhibit 18**: *Order and Reasons* issued by Senior United States District Judge Ivan L.R. Lemelle transferring Psara VI to the United States District Court for the Eastern District of Texas, Case No. 1:18-cv-00364-MAC (E.D. Tex.).

H.    <u>Psara VII</u>

**Exhibit 19**: *Plaintiff's Original Verified Complaint* filed in the United States District Court for the Northern District of California, commencing *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 3:20-cv-04102 (N.D. Cal.) ("**Psara VII**").

**Exhibit 20**: *Order Transferring Case* issued by United States District Judge William H. Orrick transferring Psara VII to the United States District Court for the Eastern District of Texas, Case No. 1:20-cv-00293 (E.D. Tex.).

**Exhibit 21**: *Order of Dismissal* issued by United States District Judge Marcia A. Crone in Psara VII on February 10, 2021.

I.    <u>Eclipse III</u>

**Exhibit 22**: *Original Complaint* filed by Eclipse in the Court of Common Pleas for Philadelphia County, First Judicial District of Pennsylvania (Trial Division – Civil) (the "**PA Trial Court**") on March 6, 2020, which commenced *Eclipse Liquidity, Inc. v. Geden Holdings Ltd. et al.*, No. 200300816 ("**Eclipse IIIa**").

**Exhibit 23**: *Answer and New Matter* filed by Geden Holdings Ltd.; Advantage Tankers LLC; and Advantage Award Shipping LLC on September 21, 2020 in Eclipse IIIa.

**Exhibit 24**: *Original Complaint* filed by Eclipse in the PA Trial Court on June 27, 2023, which commenced *Eclipse Liquidity, Inc. v. Karahmehmet-Williams et al.*, No. 230602605 ("**Eclipse IIIb**").

**Exhibit 25**: *Plaintiff's Sur Reply to Corporate Defendants' Reply Brief in Support of Their Preliminary Objections* filed by Eclipse on October 10, 2023 in Eclipse IIIb.

**Exhibit 26**: *Appeal Opinion* (the "**Appeal Opinion**") issued by the PA Trial Court on April 23, 2024 in Eclipse IIIa and Eclipse IIIb.

**Exhibit 27**: *Order* issued by the Superior Court of Pennsylvania, Philadelphia County Civil Division (the "**PA Appellate Court**") in *Eclipse Liquidity, Inc. v. Geden Holdings Ltd. et al.*, No. 587 EDA 2024 (the "**PA Appeal**") dated March 25, 2024.

**Exhibit 28**: *Response of Reuben Balzan Liquidator of Geden Holdings Ltd. to Order to Show Cause Issued on March 25, 2024* (the "**Liquidator OSC Response**") filed by the Liquidator in the PA Appellate Court in the PA Appeal.

**Exhibit 29**: *Declaration of Advocate Reuben Balzan* (the "**Balzan OSC Declaration**") filed in support of the Liquidator OSC Response.

**Exhibit 30**: *Order* (the "**Appeal Standing Order**") issued by the Pennsylvania State Appeals Court on April 26, 2024 in the Eclipse III Appeal.

**Exhibit 31**: *Petition for Allowance to Appeal Order of the Superior Court* filed by the Liquidator with the Supreme Court of Pennsylvania on June 4, 2024 (the "**Allocatur Petition**").

**Exhibit 32**: *Order* of the Supreme Court of Pennsylvania dated January 21, 2025 denying the Allocatur Petition (the "**Allocatur Denial**").

**Exhibit 33**: *Petition of Reuben Balzan on Behalf of Petitioner Geden Holdings, Ltd. in Liquidation for the Court to Exercise Jurisdiction Under 42 PA. C.S. 726* filed by the Liquidator with the Supreme Court of Pennsylvania on June 21, 2024 (the "**Extraordinary Jurisdiction Application**").

**Exhibit 34**: *Order* of the Supreme Court of Pennsylvania on December 3, 2024 denying the Extraordinary Relief Application (the "**Extraordinary Jurisdiction Denial**").

## BASIS FOR JUDICIAL NOTICE

A federal court may take judicial notice at any stage of a proceeding. Fed. R. Evid. 201(d). In connection therewith, "[a] court may take judicial notice of a document filed in another court . . . to establish the fact of such litigation and related filings . . . " *Ferguson v. Extraco Mortg. Co.*, 264 Fed.Appx. 351, 352 (5th Cir. 2007) (cleaned up). "Court documents from another case may be used to show that the document was filed, that party took a certain position, and that certain judicial findings, allegations or admissions were made." *In re FedEx Ground Package Sys.*, 2010 U.S. Dist. LEXIS 30303, at *10 (N.D. Ind. Mar. 29, 2010) (citing *Gen. Elec. Cap. v. Lease Resolution*, 128 F.3d 1074, 1081 (7th Cir. 1997)).

Dated: May 28, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *Michael D. Warner*
    Michael D. Warner (TX Bar # 00792304)
    Steven W. Golden (TX Bar # 24099681)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
sgolden@pszjlaw.com

and

    Jordan A. Kroop (pro hac vice forthcoming)
    Jeffrey M. Dine (pro hac vice forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7734
jkroop@pszjlaw.com
jdine@psjzlaw.com

*Counsel for Advantage Award Shipping, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 28, 2025, a true and correct copy of the above and foregoing pleading was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Foreign Representative.

                                                */s/ Michael D. Warner*
                                                Michael D. Warner