**EXHIBIT 4**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC., § | | |
| Plaintiff, § | No. 4:15-CV-1645 | |
| § | | |
| v. § | ADMIRALTY | |
| § | | |
| AVOR NAVIGATION LTD.; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL DENIZCILIK § | | |
| NAKLIYATI A.S. A/K/A GEDEN LINES; § | | |
| ADVANTAGE TANKERS, LLC; ADVANTAGE § | | |
| HOLDINGS, LLC; and FORWARD HOLDINGS, § | | |
| LLC, § | | |
| Defendants. § | | |

---

| | | |
|---|---|---|
| PSARA ENERGY, LTD., § | | |
| Plaintiff, § | No. 4:15-CV-1673 | |
| § | | |
| v. § | ADMIRALTY | |
| § | | |
| SPACE SHIPPPING, LTD; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL DENIZCILIK § | | |
| NAKLIYATI A.S. A/K/A GEDEN LINES; § | | |
| ADVANTAGE TANKERS, LLC; ADVANTAGE § | | |
| HOLDINGS, LLC; and FORWARD HOLDINGS, § | | |
| LLC, § | | |
| Defendants. § | | |

---

| | | |
|---|---|---|
| TANK PUNK, INC., § | | |
| Plaintiff, § | No. 4:15-CV-1675 | |
| § | | |
| v. § | ADMIRALTY | |
| § | | |
| SPIKE SHIPPING LTD.; ADVANTAGE § | | |
| ARROW SHIPPING, LLC; GENEL DENIZCILIK § | | |
| NAKLIYATI A.S. A/K/A GEDEN LINES; § | | |
| ADVANTAGE TANKERS, LLC; ADVANTAGE § | | |
| HOLDINGS, LLC; and FORWARD HOLDINGS, § | | |
| LLC, § | | |
| Defendants. § | | |

1

## ORDER

The Court, after considering Plaintiff ECLIPSE LIQUIDITY INC.'s Unopposed Motion to Consolidate, and finding good cause to exist, hereby GRANTS the motion.

IT IS HEREBY ORDERED, that the above referenced cases are consolidated and Civil Action No. 4:15-cv-1645 is designated the lead case. The Clerk of the Court is directed to administratively close Civil Action No. 4:15-cv-1673 and 4:15-cv-1675.

Dated: July 28, 2015

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2