**EXHIBIT 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1645 |
| | § | |
| AVOR NAVIGATION LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |
| GENEL DENIZCILIK NAKLIYATI | § | |
| A.S. a/k/a GEDEN LINES, | § | |
| ADVANTAGE TANKERS, LLC, | § | |
| ADVANTAGE HOLDINGS, LLC, and | § | |
| FORWARD HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

Consolidated with

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1673 |
| | § | |
| SPACE SHIPPING, LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |
| GENEL DENIZCILIK NAKLIYATI | § | |
| A.S. a/k/a GEDEN LINES, | § | |
| ADVANTAGE TANKERS, LLC, | § | |
| ADVANTAGE HOLDINGS, LLC, and | § | |
| FORWARD HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

Consolidated with

| | | |
|---|---|---|
| TANK PUNK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1675 |
| | § | |
| SPIKE SHIPPING, LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |

| | |
|---|---|
| GEDEN HOLDINGS LTD., GENEL DENIZCILIK NAKLIYATI A.S. a/k/a GEDEN LINES, ADVANTAGE TANKERS, LLC, ADVANTAGE HOLDINGS, LLC, FORWARD HOLDINGS, LLC, MEHMET EMIN KARAMEHMET, and GULSUN NAZLI KARAMEHMET WILLIAMS, Defendants. | § § § § § § § § § |

## **FINAL JUDGMENT**

For the reasons set forth in the separate Agreed Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Eclipse Liquidity, Inc., Psara Energy, Ltd., and Tank Punk, Inc. shall take nothing on their claims in these three consolidated cases and Plaintiffs' claims are DISMISSED with prejudice. It is further

ORDERED and ADJUDGED that the remaining funds on deposit in the Registry of the Court in the amount of $1,517,200, plus any and all accrued interest thereon, shall be disbursed to the Advantage Defendants as follows: The Clerk of Court shall issue a check in the amount of $1,517,200, plus any and all accrued interest thereon, made payable to the "Phelps Dunbar LLP Trust Account," and shall mail the check to Mr. Marc G. Matthews, Phelps Dunbar, LLP, 500 Dallas Street, Suite 1300, Houston, Texas 77002.

2

This is a **FINAL JUDGMENT**.

The Clerk will enter this Final Judgment, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 23rd day of November, 2016.

*Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

3