**EXHIBIT 10**

**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION No. 1:15-cv-355 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| SPACE SHIPPING, LTD., et al., | § | VSL |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly dismiss this case without prejudice to any other related cases pending, with each party to bear its own fees and costs.

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE to any other related cases pending, with each party to bear its own fees and costs.

The clerk is directed to CLOSE this case.

So **ORDERED** and **SIGNED** this **7** day of **January, 2016.**

_____
Ron Clark, United States District Judge

1