**<u>EXHIBIT 14</u>**

Certification of Funds in the Registry

PRINCIPAL: $ *1,700,000.00*

Financial Deputy: *E. Lucke* Date: *1/5/17*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | No. 2:16-cv-01305 |
| Plaintiff, | § | |
| | § | |
| v. | § | ADMIRALTY |
| | § | |
| SPACE SHIPPPING, LTD; ADVANTAGE | § | JUDGE MORGAN |
| ANTHEM SHIPPING, LLC; GENEL | § | |
| DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN | § | MAGISTRATE NORTH |
| LINES; GEDEN HOLDINGS, LTD; | § | |
| ADVANTAGE TANKERS, LLC; ADVANTAGE | § | |
| ADVANTAGE HOLDINGS, LLC; FORWARD | § | |
| HOLDINGS, LLC; MEHMET EMIN | § | |
| KARAMEHMET; and GULSUN NAZLI | § | |
| KARAMEHMET -WILLIAMS | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER

Considering the foregoing Joint Motion to Disburse Funds Held in the Registry of Court,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the Motion be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk is authorized to draw a check on the funds on deposit in the registry of this court in the principal amount of $ 1,700,000 plus all interest earned less the assessment fee for the administration of funds payable to Phelps Dunbar LLP Trust Account, and mail the check to Marc G. Matthews at Phelps Dunbar LLP, One Allen Center, 500 Dallas Street, Suite 1300, Houston, Texas, 77002.

Signed at New Orleans, Louisiana on this ___6th___ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE