**<u>EXHIBIT 20</u>**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PSARA ENERGY, LTD.,

 Plaintiff,

 v.

SPACE SHIPPING, LTD., et al.,

 Defendants.

Case No.  20-cv-04102-WHO

**ORDER TRANSFERRING CASE**

     This action was filed by plaintiff Psara Energy, Ltd. ("Psara") for the attachment and garnishment of M/T ADVANTAGE SPRING, a vessel owned by defendants docked in this District.  On June 26, 2020, I denied defendants Advantage Spring Shipping, LLC, Advantage Tankers, LLC, and Fleetscape Spring, LLC's (the "Advantage Defendants") motion to vacate the order of maritime attachment.  Dkt. No. 24.  I ordered that "upon the posting of $4,325,000 in . . . substitute security, the attachment of the M/T ADVANTAGE SPRING shall then be released," and "[a]s soon as the substitute security amount is posted, this case will be transferred to the Eastern District of Texas, where parties can properly litigate the security amount."  *Id.*  A special release bond has now been posted, and Psara has filed a notice of release of the vessel.  Dkt. Nos. 38, 39.

     Psara filed identical claims in the Eastern District of Texas for the attachment of another vessel owned by defendants – the M/T ADVANTAGE ARROW.  *See Psara Energy, Ltd. v. Space Shipping, Ltd., et al.*, Eastern District of Texas, Civil Action No. 1:18-cv-00178-MAC-ZJH.  Given that the district court in the Eastern District of Texas has made substantial progress and findings, the interests of justice and convenience of all parties involved permit transfer of this action to the Eastern District of Texas.

Pursuant to 28 U.S.C. § 1404(a), this case is HEREBY TRANSFERRED to the Eastern District of Texas, Beaumont Division.

**IT IS SO ORDERED.**

Dated: July 6, 2020



William H. Orrick
United States District Judge