## **EXHIBIT 32**

IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC. | : | No. 176 EAL 2024 |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| GEDEN HOLDINGS, LTD, ADVANTAGE TANKERS, LLC, AND ADVANTAGE AWARD SHIPPING, LLC | : | |
| | : | |
| PETITION OF: REUBEN BALZAN, COURT-APPOINTED LIQUIDATOR FOR GEDEN HOLDINGS, LTD. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2025, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Darian Holland
As Of 01/21/2025

Attest: _Darian Holland_
Chief Clerk
Supreme Court of Pennsylvania