**EXHIBIT 34**

**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC. | : | No. 38 EM 2024 |
| | : | |
| v. | : | |
| | : | |
| GULSUN NAZLI KARAHMEHMET-WILLIAMS, COURTNEY BRYAN WILLIAMS, GEDEN HOLDINGS, LTD., ADVANTAGE TANKERS, LLC, AND ADVANTAGE AWARD SHIPPING, LLC, | : | |
| | : | |
| PETITION OF: REUBEN BALZAN, COURT-APPOINTED LIQUIDATOR FOR GEDEN HOLDINGS, LTD. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2024, the Application for Extraordinary Jurisdiction is DENIED.

A True Copy Darian Holland
As Of 12/03/2024

Attest: _Darian Holland_
Chief Clerk
Supreme Court of Pennsylvania