## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Case No: 25-90138 | Name of Debtor:<br>**Geden Holdings, Ltd.** |
| Witnesses:<br>  1. Dr. Reuben Balzan<br>  2. Any Witness Called by Any Other Party | Judge: Alfredo R. Perez |
| | Hearing Date: June 4, 2025 |
| | Hearing Time: 11:00 a.m. |
| | Party Names: Dr. Reuben Balzen, Foreign Representative for the Debtor |
| | Attorney's Name: Matthew S. Okin |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

1. *Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515 and Rule 1007(A)(4) of the Federal Rules of Bankruptcy Procedure and in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative (III) Emergency Provisional Relief for Issuance of the Automatic Stay, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF # 6];

2. *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code*. [ECF # 1];

## DEBTORS' EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Maltese Order Dissolving Geden [ECF #9-1] | | | | |
| 2. | Balzan Appointment Order [ECF # 9-2] | | | | |
| 3. | First Liquidator's Resignation Application [ECF # 9-3] | | | | |
| 4. | Chapter 15 Proceeding Order [ECF # 9-4] | | | | |

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 5. | Original 2020 Complaint [ECF # 9-5] | | | | |
| 6. | Certificate of Service [ECF # 8] | | | | |
| 7. | Certificate of Service [ECF #21] | | | | |
| 8. | Declaration of Ruben Balzan [ECF #6] | | | | |
| 9. | Any Exhibit Identified or Offered by Any Other Party | | | | |
| 10. | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted this 2nd day of June, 2025.

                              **OKIN ADAMS BARTLETT CURRY LLP**

                    By:     /s/ *Kelley K. Edwards*
                              Matthew S. Okin
                              Texas Bar No. 00784695
                              mokin@okinadams.com
                              Edward A. Clarkson
                              Texas Bar No. 24059118
                              eclarkson@okinadams.com
                              Kelley K. Edwards
                              Texas Bar No. 24129017
                              kedwards@okinadams.com
                              1113 Vine St., Suite 240
                              Houston, Texas 77002
                              Tel: 713.228.4100
                              Fax: 346.247.7158

                              **PROPOSED ATTORNEYS FOR THE**
                              **FOREIGN REPRESENTATIVE**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2025 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

                    By:  */s/ Kelley K. Edwards*
                              Kelley K. Edwards