UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90138 |
|---|---|---|---|
| Debtor | | In Re: | Geden Holdings, Ltd. |

| | |
|---|---|
| Lawyer's Name | Jeffrey M. Dine |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 1700 Broadway, 36th Floor |
| City & Zip Code | New York, NY 10019 |
| Telephone & Email | Telephone: (212) 561-7734; Email: jdine@pszjlaw.com |
| Licensed: State & Number | NY: 2748143; NJ: 311062019 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Advantage Award Shipping, LLC[1] |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/2/2025 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 6/3/2025 | Clerk's signature: /s/ A. House |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Signed: June 03, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] Under Local Rule 9027-3, Advantage does not consent to entry of final orders or judgments by the bankruptcy judge. Advantage appears in this matter for the sole purpose of opposing recognition. By so appearing, Advantage: (a) does not submit to the jurisdiction of this Court or the U.S. District Court for the Southern District of Texas under one or more of 28 U.S.C. §§ 157, 1334, and 1452 (together, the "Bankruptcy Court"); (b) does not waive any argument that the Bankruptcy Court lacks jurisdiction over Advantage or any disputes between Advantage on the one hand, and the liquidator of Geden Holdings, Ltd., Dr. Reuben Balzan, and any other party to this proceeding on the other hand; and (c) does not waive any argument regarding the referral of any matter from the United States District Court to the United States Bankruptcy Court, or any argument for or against removal, remand, or abstention.