IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| GEDEN HOLDINGS, LTD., | ) |
| | ) Case No. 25-90138 (ARP) |
| Debtor in a Foreign Proceeding. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Advantage Award Shipping, LLC ("**Advantage**")[1] hereby files this corporate ownership statement pursuant to Rules 1012(c) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

- Advantage Award Shipping, LLC is wholly-owned by Advantage Tankers LLC.

Dated: June 3, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Michael D. Warner (TX Bar # 00792304)
Steven W. Golden (TX Bar # 24099681)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
sgolden@pszjlaw.com

and

Jordan A. Kroop (admitted pro hac vice)
Jeffrey M. Dine (admitted pro hac vice)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7734
jkroop@pszjlaw.com
jdine@psjzlaw.com

*Counsel for Advantage Award Shipping, LLC*

---

[1] Under Local Rule 9027-3, Advantage does not consent to entry of final orders or judgments by the bankruptcy judge. Advantage appears in this matter for the sole purpose of opposing recognition. By so appearing, Advantage: (a) does not submit to the jurisdiction of this Court or the U.S. District Court for the Southern District of Texas under one or more of 28 U.S.C. §§ 157, 1334, and 1452 (together, the "**Bankruptcy Court**"); (b) does not waive any argument that the Bankruptcy Court lacks jurisdiction over Advantage or any disputes between Advantage on the one hand and the Liquidator (as defined above) and any other party to this proceeding on the other hand; and (c) does not waive any argument regarding the referral of any matter from the United States District Court to the United States Bankruptcy Court, or any argument for or against removal, remand, or abstention.

DE:4911-4140-9610.1 01222.00001

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 3, 2025, a true and correct copy of the above and foregoing pleading was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Foreign Representative.

                                                */s/ Steven W. Golden*
                                                Steven W. Golden

DE:4911-4140-9610.1 01222.00001