UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 15 |
| | : | |
| GEDEN HOLDINGS, LTD. | : | No. 25-90138 |
| | : | |
| Debtor. | : | |

### ECLIPSE LIQUIDITY INC.'S WITNESS AND EXHIBIT LIST

Eclipse Liquidity Inc ("Eclipse") hereby submits the following Witness and Exhibit List with respect to the hearing scheduled on <u>June 4, 2025 at 11:00 a.m. (CT)</u>, in the above-captioned bankruptcy case, pending before the Hon. Alfredo R. Perez, United States Bankruptcy Judge, Courtroom 400, 515 Rusk, Houston, Texas 77002.

### WITNESS LIST

Eclipse may call the following witnesses:

1. Dr. Reuben Balzan, Liquidator of Geden Holdings, Ltd.
2. Any witness listed, offered, or called by any other party.

### EXHIBIT LIST

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|
| A | Invoice from Stealth Maritime Corporation SA to Avor Navigation Ltd. in Malta | | | | |
| B | Geden Holdings' 2014 Consolidated Financial Statements | | | | |

Respectfully submitted,

1

2

By: GAITAS & CHALOS, P.C.

/s/Jonathan M. Chalos
Jonathan M. Chalos
Federal Bar No. 3008683
George A. Gaitas
Federal Bar No. 705176
1908 N. Memorial Way
Houston, Texas 77007
Telephone: 281-501-1800
Fax: 832-962-8178
E-mail: chalos@gkclaw.com
gaitas@gkclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025 a copy of the foregoing was served on all counsel and/or parties of record through the Court's cm/ecf system.

/s/Jonathan M. Chalos
Jonathan M. Chalos

2