# EXHIBIT A

# STEALTH MARITIME CORPORATION S.A

331, KIFISIAS AVE., 14561 KIFISIA
P.O. Box 52939, 14610
GREECE



| M/S: | AVOR NAVIGATION LTD | | | **DEBIT NOTE** |
|---|---|---|---|---|
| | 198 Old Bakery Street | Date: | | 12-May-15 |
| | Valletta, Malta | Currency: | | USD |
| | | No: | | T0110/DN/64 |

**M/T** AVOR / T 0110 / GEDEN (AVOR) / CP Date: 27-May-10

| Description | Debit | Credit |
|---|---|---|
| **Bare Boat Charter Hire Calculation** | | |
| Billing Period: 59 | | |
| From 01-Jun-15 00:00 to 30-Jun-15 24:00 | | |
| Hire Rate: 15,160.00 USD/per Day | | |
| Total Days: 30.00000 | | |
| **Bare boat hire daily** (01-Jun-15 00:00-30-Jun-15 24:00) | $454,800.00 | |
| Total amount USD | $454,800.00 | $0.00 |
| Balance Due | | $454,800.00 |

Hire is payable as per charter party to:

The Bank of New York
Address: 1290 Avenue of Americas Floor 5, New York, NY10104
BIC :IRVTUS3N
ABA :021000018
Account number :89006471400227
Account name :NIBC Bank N.V., All Branches
ECLIPSE LIQUIDITY INC.-AVOR

Nikos Markomichelakis
Operations Manager

Perpinlas Kyriakos
Freight Collection Dpt