United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90138 |
| GEDEN HOLDINGS, LTD., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 15 |

## ORDER DENYING PETITION FOR RECOGNITION (ECF NO. 1) AND DISMISSING MOTION TO STRIKE AS MOOT (ECF NO. 32)

For the reasons stated in the Memorandum, the Petition for Recognition is DENIED.

Because the Petition for Recognition is denied, the associated Motion to Strike is DISMISSED AS MOOT

SIGNED 08/28/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge