United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90138 |
| GEDEN HOLDINGS, LTD., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 15 |

### ORDER DENYING PETITION FOR RECOGNITION (ECF NO. 1) AND DISMISSING MOTION TO STRIKE AS MOOT (ECF NO. 32)

For the reasons stated in the Memorandum, the Petition for Recognition is DENIED.

Because the Petition for Recognition is denied, the associated Motion to Strike is DISMISSED AS MOOT

SIGNED 08/28/2025

Alfredo R Pérez
United States Bankruptcy Judge

1 / 1

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-90138-arp |
| Geden Holdings, Ltd. | Chapter 15 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Aug 28, 2025 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Geden Holdings, Ltd., No. 4 Saint Andres Street, VLT 1341, Valletta, Malta, Valletta, - - |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Advantage Award Shipping, LLC |
| cr | | Eclipse Liquidity, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 30, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward Allison Clarkson, III | on behalf of Debtor Geden Holdings  Ltd. eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| George Angelo Gaitas | on behalf of Creditor Eclipse Liquidity  Inc. gaitas@gkclaw.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee  11 Hector.Duran.Jr@usdoj.gov |
| J. Kelley Killorin Edwards | on behalf of Debtor Geden Holdings  Ltd. kedwards@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Jonathan Michael Chalos | on behalf of Creditor Eclipse Liquidity  Inc. chalos@gkclaw.com |
| Matthew Scott Okin | on behalf of Debtor Geden Holdings  Ltd. mokin@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: pdf002 | Total Noticed: 1 |

Michael D Warner
    on behalf of Interested Party Advantage Award Shipping  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Steven William Golden
    on behalf of Interested Party Advantage Award Shipping  LLC sgolden@pszjlaw.com

Theodore S. Heckel
    on behalf of Interested Party Advantage Award Shipping  LLC theckel@pszjlaw.com, abates@pszjlaw.com

US Trustee, 11
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 10