IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § § **Geden Holdings, Ltd.** § §  Debtor in a Foreign Proceeding § § § | Case No. 25-90138<br><br>Chapter 15 |

**NOTICE OF APPEAL**

Dr. Reuben Balzan (the "Foreign Representative"), a licensed advocate in Malta with the law firm Valletta Legal, in his capacity as court appointed liquidator for the above-captioned debtor, Geden Holdings, Ltd. (the "Debtor" or "Geden"), organized under the laws of Malta subject to a foreign liquidation proceeding before the First Hall of the Civil Court appeals from the *Order Denying Petition for Recognition (ECF No. 1) and Dismissing Motion to Strike as Moot (ECF No. 32)* [ECF No. 58] (the "Order") and the *Memorandum Opinion Denying Petition for Recognition (ECF No. 1) and Dismissing Motion to Strike as Moot (ECF NO. 32)* [ECF No. 57] (the "Opinion") of the United States Bankruptcy Court for the Southern District of Texas, entered in the above captioned proceeding on the 28th day of August 2025, denying the Debtor's *Chapter 15 Petition for Recognition of Foreign Proceeding* and dismissing the Debtor's *Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition* as moot. A copy of the Order is attached here to as **Exhibit A**. A copy of the Bankruptcy Court's Opinion in support of the Order is attached hereto as **Exhibit B**.

The parties to the Order appealed from and the names and address of their respective attorneys are as follows:

| Appellants: | Counsel: |
|---|---|
| Dr. Reuben Balzan, the authorized representative and Maltese court appointed liquidator of Geden | OKIN ADAMS BARTLETT CURRY LLP<br>Matthew S. Okin<br>Texas Bar No. 00784695<br>Email: mokin@okinadams.com<br>Edward A. Clarkson, III<br>Texas Bar No. 24059118<br>Email: eclarkson@okinadams.com<br>Kelley K. Edwards<br>Texas Bar No. 24129017<br>kedwards@okinadams.com<br><br>1113 Vine St., Suite 240<br>Houston, TX  77002<br>Tel: (713) 228-4100<br>Fax: (888) 865-2118 |
| **Notice Party[1]:**<br><br>Advantage Award Shipping, LLC | Counsel:<br><br>Steven W. Golden<br>Texas Bar Number 00792304<br>Michael D. Warner<br>Texas Bar Number 24099681<br>Pachulski Stang Ziehl & Jones LLP<br>700 Louisiana Street, Suite 4500<br>Houston, Texas 77002<br>Telephone: (713) 691-9385<br>Email: mwarner@pszjlaw.com<br>           sgolden@pszjlaw.com<br><br>-and-<br><br>Jordan A. Kroop<br>Jeffrey M. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019 |

---

[1] The Foreign Representative filed with the Bankruptcy Court an *Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition* (the "Motion to Strike") [ECF No. 32].  Advantage Award Shipping, LLC ("Advantage Award") failed to provide any evidence that it was a party in interest.  Additionally, counsel for Advantage Award never filed a notice of appearance on behalf of Advantage Award and, in its *Objection of Advantage Award Shipping, LLC to Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 23], Advantage Award attempted to preserve its ability to contest personal jurisdiction while arguing the merits of foreign recognition.  The Bankruptcy Court ultimately dismissed the Motion to Strike as moot; however, the Foreign Representative maintains that Advantage Award is not a party in interest in these proceedings and does not have standing to participate in this appeal.

2

3

|  | Telephone (212) 561-7734<br>jkroop@pszjlaw.com<br>jdine@psjzlaw.com |
|---|---|

Respectfully submitted on the 10th day of September, 2025.

        **OKIN ADAMS BARTLETT CURRY LLP**

        By: /s/ *Matthew S. Okin*
        Matthew S. Okin
        Texas Bar No. 00784695
        Email: mokin@okinadams.com
        Edward A. Clarkson, III
        Texas Bar No. 24059118
        Email: eclarkson@okinadams.com
        Kelley K. Edwards
        Texas Bar No. 24129017
        kedwards@okinadams.com

        **ATTORNEYS FOR THE FOREIGN REPRESENTATIVE**