UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re: Geden Holdings, Ltd.
Debtor

| | |
|---|---|
| § | Civil Action No 4:25cv04308 |
| § § § | Bankruptcy Case No 25bk90138 |
| Dr Reuben Balzan § § | |
| Appellant | |

## Notice of Filing of an Appeal

1. A notice of appeal to the district court was filed before the bankruptcy court on September 10, 2025

2. This appeal has been assigned to United States District Judge Lee H Rosenthal

3. The appeal has been docketed as 4:25cv04308

4. Motions affecting this appeal, or the judgment or order from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

5. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8009. Within 14 days after being served with the appellant's designation, appellees may file additional designations.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.

Date September 11, 2025

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                          Case No. 25-90138-arp

Geden Holdings, Ltd.                                                                 Chapter 15

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                                      User: ADIuser                                      Page 1 of 2

Date Rcvd: Sep 11, 2025                             Form ID: pdf007                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Geden Holdings, Ltd., No. 4 Saint Andres Street, VLT 1341, Valletta, Malta, Valletta, - - |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Advantage Award Shipping, LLC |
| cr | | Eclipse Liquidity, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025                                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward Allison Clarkson, III | on behalf of Debtor Geden Holdings  Ltd. eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| George Angelo Gaitas | on behalf of Creditor Eclipse Liquidity  Inc. gaitas@gkclaw.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee  11 Hector.Duran.Jr@usdoj.gov |
| J. Kelley Killorin Edwards | on behalf of Debtor Geden Holdings  Ltd. kedwards@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Jonathan Michael Chalos | on behalf of Creditor Eclipse Liquidity  Inc. chalos@gkclaw.com |
| Matthew Scott Okin | on behalf of Debtor Geden Holdings  Ltd. mokin@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf007 | Total Noticed: 1 |

| | | |
|---|---|---|
| Michael D Warner | on behalf of Interested Party Advantage Award Shipping LLC | mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com |
| Steven William Golden | on behalf of Interested Party Advantage Award Shipping LLC | sgolden@pszjlaw.com |
| Theodore S. Heckel | on behalf of Interested Party Advantage Award Shipping LLC | theckel@pszjlaw.com, abates@pszjlaw.com |
| US Trustee, 11 | | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 10