IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 15 |
| Geden Holdings, Ltd., | § § § § § § | Case No. 25-90138 |
| Debtor in a Foreign Proceeding. | | |

**APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF THE ISSUES**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(1)(B)(i) Dr. Reuben Balzan (the "Foreign Representative" or "Appellant"), a licensed advocate in Malta with the law firm Valletta Legal, in his capacity as court appointed liquidator for the above-captioned debtor, Geden Holdings, Ltd. (the "Debtor" or "Geden"), the Appellant in the appeal of *Dr. Reuben Balzan, Appellant*, Case No. 25-04308 (the "Appeal"), pending in the District Court for the Southern District of Texas (the "District Court") of *Order Denying Petition for Recognition (ECF No. 1) and Dismissing Motion to Strike as Moot (ECF No. 32)* [ECF No. 58] (the "Order") and the *Memorandum Opinion Denying Petition for Recognition (ECF No. 1) and Dismissing Motion to Strike as Moot (ECF NO. 32)* (the "Memorandum Opinion") [ECF No. 57], files this designation of record in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal. For items so designated, the designation includes all documents referenced with the particular docket number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

The Appellant reserves the right to designate additional items for inclusion in the record and to restate issues presented on appeal.

## STATEMENT OF ISSUES

The Order and accompanying Memorandum Opinion raises multiple issues that warrant review from the District Court. The Appellant reserves the right to include additional issues and amend or refine the issues listed below.

(1) Whether the Bankruptcy Court erred by denying the Foreign Representative's petition for foreign recognition of the foreign liquidation proceeding pending in Malta under chapter 15 of Title 11 of the United States Code.

(2) Whether the Bankruptcy Court properly applied the "center of main interests" ("COMI") presumption that states that "[i]n the absence of evidence to the contrary, the debtor's registered office, or habitual residence in the case of an individual, is presumed to be the center of the debtor's main interests" (the "COMI Presumption") when no evidence was introduced to rebut the presumption that the COMI was anywhere but Malta. 11 U.S.C. § 1516(c).

(3) Whether the Bankruptcy Court failed to follow Fifth Circuit law and misapplied Second Circuit law in requiring that the Foreign Representative show that "liquidation activities" are required to prove that COMI exists in Malta when no evidence was introduced that the COMI of Geden was anywhere but Malta.

(4) Whether the Bankruptcy Court erred in failing to find that COMI was in Malta.

(5) Whether the Bankruptcy Court, having determined that the Maltese proceedings met the definition of "Foreign Proceeding" under 11 U.S.C. 101(23), erred in failing to designate such proceeding as either a "foreign main proceeding" or a "foreign nonmain proceeding" pursuant to section 1517 of the Bankruptcy Code.

(6) Whether the Bankruptcy Court erred by dismissing the Foreign Representative's Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition as moot.

(7) Whether the Bankruptcy Court erred by allowing Advantage Award Shipping, LLC ("Advantage Award") to participate in the hearing for foreign recognition and by relying on their presentation to make its findings in the Order and Memorandum Opinion when Advantage Award had not shown that it had standing to participate as a "party in interest" under Fed. R. Bankr. P. 1012(a).

## DESIGNATION OF RECORD ON APPEAL

The Appellant designates the following items on appeal and requests that the Clerk prepare and forward the items to the District Court for inclusion in the record in connection with the Appeal. For items so designated, the designation includes all documents referenced with the particular docket number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto, and now designated as follows:

| U.S. Bankruptcy Court for the Southern District of Texas, Case No. 25-90138 | | | |
|---|---|---|---|
| Designation No. | Bankruptcy Docket No. | Date Filed | Description or Title |
| 1. | 1 | 04/28/2025 | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1738 Filed by Geden Holdings, Ltd. |
| 2. | 2 | 04/28/2025 | Notice of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code Filed by Geden Holdings, Ltd. |
| 3. | 4 | 04/29/2025 | Emergency Motion for Entry of an Order (i) Granting Emergency Provisional Relief for Issuance of the Automatic Stay, and (ii) for Related Relief Filed by Debtor Geden Holdings, Ltd. |
| 4. | 6 | 04/29/2025 | Declaration re: Support of Verified Petition Filed By Geden Holdings, Ltd. |
| 5. | 8 | 04/29/2025 | Certificate of Service Filed By Geden Holdings, Ltd. |
| 6. | 11 | 04/30/2025 | Notice of Appearance and Request for Notice Filed by Jonathan Michael Chalos Filed by on behalf of Eclipse Liquidity, Inc. |
| 7 | 12 | 04/30/2025 | Notice of Foreign Law Filed by Geden Holdings, Ltd. |
| 8. | 13 | 05/01/2025 | Order Granting Debtor's Emergency Motion for Entry of an Order (I) Granting Emergency Provisional Relief for Issuance of the Automatic Stay, and (II) Related Relief |
| 9. | 16 | 05/01/2025 | PDF with attached Audio File. |

| U.S. Bankruptcy Court for the Southern District of Texas, Case No. 25-90138 | | | |
|---|---|---|---|
| Designation No. | Bankruptcy Docket No. | Date Filed | Description or Title |
| 10. | 18 | 05/02/2025 | Notice of Recognition Hearings on Foreign Recognition Proceedings Filed by Geden Holdings, Ltd. |
| 11. | 23 | 05/28/2025 | Response Filed By Advantage Award Shipping, LLC |
| 12. | 24 | 05/28/2025 | Notice /Request for Judicial Notice in Support of Objection of Advantage Award Shipping, LLC To Verified Petition For (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, And (III) Related Relief Under Chapter 15 of The Bankruptcy Code. Filed by Advantage Award Shipping, LLC |
| 13. | 25 | 06/02/2025 | Witness List, Exhibit List Filed By Advantage Award Shipping, LLC |
| 14. | 26 | 06/02/2025 | Witness List, Exhibit List Filed By Geden Holdings, Ltd. |
| 15. | 26-1 | 06/02/2025 | Maltese Order Dissolving Geden with Translation |
| 16. | 26-2 | 06/02/2025 | Balzan Appointment Order |
| 17. | 26-3 | 06/02/2025 | First Liquidator's Resignation |
| 18. | 26-4 | 06/02/2025 | Chapter 15 Proceeding Order |
| 19. | 26-5 | 06/02/2025 | Original 2020 Complaint |
| 20. | 26-6 | 06/02/2025 | Certificate of Service |
| 21. | 26-7 | 06/02/2025 | Certificate of Service |
| 22. | 26-8 | 06/02/2025 | Declaration of Dr. Reuban Balzan |
| 23. | 27 | 06/02/2025 | MOTION to Appear Pro Hac Vice for Jeffrey M. Dine Filed by Interested Party Advantage Award Shipping, LLC |
| 24. | 28 | 06/02/2025 | MOTION to Appear Pro Hac Vice for Jordan A. Kroop Filed by Interested Party Advantage Award Shipping, LLC |
| 25. | 29 | 06/02/2025 | Notice of Appearance and Request for Notice Filed by George Angelo Gaitas Filed by on behalf of Eclipse Liquidity, Inc. |
| 26. | 30 | 06/03/2025 | Order Granting Motion for Jeffrey M. Dine To Appear pro hac vice |
| 27. | 31 | 06/03/2025 | Order Granting Motion for Jordan A. Kroop To Appear pro hac vice |
| 28. | 32 | 06/03/2025 | Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition Filed by Debtor Geden Holdings, Ltd. |
| 29. | 33 | 06/03/2025 | Response Filed by Geden Holdings, Ltd. |

| U.S. Bankruptcy Court for the Southern District of Texas, Case No. 25-90138 | | | |
|---|---|---|---|
| Designation No. | Bankruptcy Docket No. | Date Filed | Description or Title |
| 30. | 34 | 06/03/2025 | Witness List, Exhibit List Filed by Advantage Award Shipping, LLC |
| 31. | 35 | 06/03/2025 | Statement /Corporate Ownership Statement Filed by Advantage Award Shipping, LLC |
| 32. | 36 | 06/03/2025 | Notice of Memorandum in Support of Application for Recognition of Foreign Proceeding of Geden Holdings Ltd. Filed by Eclipse Liquidity, Inc. |
| 33. | 37 | 06/03/2025 | Witness List, Exhibit List Filed by Eclipse Liquidity, Inc. |
| 34. | 37-1 | 06/03/2025 | Invoice from Stealth Maritime Corporation SA to Avor Navigation Ltd. in Malta |
| 35. | 37-2 | 06/03/2025 | Geden Holding's 2014 Consolidated Financial Statements |
| 36. | 40 | 06/04/2025 | Courtroom Minutes. Time Hearing Held: 11:00 AM to 1:04 PM. Appearances: see log. Additional Appearances: Kelley Edwards, Steven "Steve" Golden, Jordan Kroop, George Gaitas, Jonathan Chalos, and Michael Warner. Sworn and testified witness: Dr. Reuben Balzan. |
| 37. | 43 | 06/09/2025 | PDF with attached Audio File. |
| 38. | 44 | 06/11/2025 | Transcript RE: Recognition Hearing; Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition held on 6/4/25 before Judge Alfredo R. Perez. |
| 39. | 45 | 06/13/2025 | Objection Of Advantage Award Shipping, LLC To Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC To Verified Petition Filed by Advantage Award Shipping, LLC |
| 40. | 47 | 06/20/2025 | Brief Filed by Geden Holdings, Ltd. |
| 41. | 48 | 06/20/2025 | Reply to the Objection of Advantage Award Shipping, LLC to Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC to Verified Petition Filed by Geden Holdings, Ltd. |
| 42. | 49 | 06/24/2025 | Notice Of Filing of Advantage Award Shipping, LLCs Demonstrative for June 25, 2025 Hearing. Filed by Advantage Award Shipping, LLC |

| U.S. Bankruptcy Court for the Southern District of Texas, Case No. 25-90138 | | | |
|---|---|---|---|
| Designation No. | Bankruptcy Docket No. | Date Filed | Description or Title |
| 43. | 50 | 06/24/2025 | Proposed Order RE: Granting the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Emergency Interim Relief for Issuance of the Automatic Stay, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code Filed by Geden Holdings, Ltd. |
| 44. | 52 | 06/25/2025 | PDF with attached Audio File. |
| 45. | 55 | 06/27/2025 | Transcript RE: Recognition Hearing; Emergency Motion to Strike the Objection of Advantage Award Shipping, LLC held on 6/25/25 before Judge Alfredo R. Perez. |
| 46. | 57 | 08/28/2025 | Memorandum Opinion Denying Petition for Recognition (ECF NO. 1) and Dismissing Motion to Strike as Moot (ECF No. 32) |
| 47. | 58 | 08/28/2025 | Order Denying Petition for Recognition (ECF No.1) and Dismissing Motion to Strike as Moot (ECF No. 32) |
| 48. | 61 | 09/10/2025 | Notice of Appeal filed. (related document(s):57 Opinion, 58 Generic Order). |
| 49. |  | 09/10/2025 | Receipt of Notice of Appeal |
| 50. | 62 | 09/11/2025 | Election to Appeal to District Court. |
| 51. | 63 | 09/11/2025 | Clerk's Notice of Filing of an Appeal. On 09/10/2025, Dr Reuben Balzan filed a notice of appeal. The appeal has been assigned to U.S. District Judge Lee H Rosenthal, Civil Action 25cv04308. |
| 52. | 65 | 09/23/2025 | Transcript Request Re: Hearing held on May 1, 2025 |
| 53. | 67 | 09/23/2025 | Transcript RE: Hearing held on May 1, 2025 [Requested on September 23, 2025 at Docket No. 65] |
| 54. | Docket Sheet |  | The Docket Sheet of the above captioned Bankruptcy Case |

Respectfully submitted on the 24th day of September, 2025.

                                      **OKIN ADAMS BARTLETT CURRY LLP**

                                      By:   /s/ *Edward A. Clarkson, III*
                                              Matthew S. Okin
                                              Texas Bar No. 00784695
                                              mokin@okinadams.com
                                              Edward A. Clarkson
                                              Texas Bar No. 24059118
                                              eclarkson@okinadams.com
                                              Kelley K. Edwards
                                              Texas Bar No. 24129017
                                              kedwards@okinadams.com
                                              1113 Vine St., Suite 240
                                              Houston, Texas 77002
                                              Tel: 713.228.4100
                                              Fax: 346.247.7158

                                       **ATTORNEYS FOR THE FOREIGN REPRESENTATIVE**

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, true and correct copies of the *Appellant's Designation of Record and Statement of Issues* (the "Designation") were served *via* the Court's CM/ECF system on any party having appeared and requested notice in the Chapter 15 Case at the time of filing of the pleadings.

I, further, certify that on September 24, 2025, true and correct copies of the Designation were served:

(i)     *via* email, where available, to the persons and entities identified in the service list attached hereto as **Exhibit A**;

(ii)     *via* United States Mail, or International Mail, as applicable, postage prepaid, to the persons and entities identified in the service list attached hereto as **Exhibit B**;

By: /s/ Edward A. Clarkson, III
Edward A. Clarkson, III

4915-8629-5146, v. 1