**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re:   Geden Holdings, Ltd.<br>            Debtor | Case No.: 25−90138<br><br>Chapter: 15 |

## **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

In re:                                                              Case No. 25-90138-arp

Geden Holdings, Ltd.                                    Chapter 15

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                            User: ADIuser                                Page 1 of 2

Date Rcvd: Sep 25, 2025                      Form ID: ntctran                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Geden Holdings, Ltd., No. 4 Saint Andres Street, VLT 1341, Valletta, Malta, Valletta, - - |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Advantage Award Shipping, LLC |
| cr | | Eclipse Liquidity, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025                             Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward Allison Clarkson, III | on behalf of Debtor Geden Holdings  Ltd. eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| George Angelo Gaitas | on behalf of Creditor Eclipse Liquidity  Inc. gaitas@gkclaw.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee  11 Hector.Duran.Jr@usdoj.gov |
| J. Kelley Killorin Edwards | on behalf of Debtor Geden Holdings  Ltd. kedwards@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Jonathan Michael Chalos | on behalf of Creditor Eclipse Liquidity  Inc. chalos@gkclaw.com |
| Matthew Scott Okin | on behalf of Debtor Geden Holdings  Ltd. mokin@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: ntctran | Total Noticed: 1 |

| | | |
|---|---|---|
| Michael D Warner | on behalf of Interested Party Advantage Award Shipping  LLC | mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com |
| Steven William Golden | on behalf of Interested Party Advantage Award Shipping  LLC | sgolden@pszjlaw.com |
| Theodore S. Heckel | on behalf of Interested Party Advantage Award Shipping  LLC | theckel@pszjlaw.com, abates@pszjlaw.com |
| US Trustee, 11 | | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 10