IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> Geden Holdings, Ltd., <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-90138 |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD**

Under Federal Rule of Bankruptcy Procedure 8009(a)(2)(A), Advantage Award Shipping, LLC ("**Appellee**"), the appellee[1] in the appeal pending before the United States District Court for the Southern District of Texas, Case No. 25-04308, designates the following items for inclusion in the record on appeal, which Dr. Reuben Balzan, the putative Foreign Representative for the above-captioned Debtor, which appellant did not designate (at least explicitly) in his *Amended Designation* [Doc 68].

| Bk. Ct. Doc. # | Date | Description |
|---|---|---|
| 25-1 | 6/2/25 | Original Verified Complaint in *Eclipse Liquidity, Inc. v. Avor Navigation Ltd., et al.*, Case No. 4:15-cv-01645 (S.D.Tex.) |
| 25-2 | 6/2/25 | Original Verified Complaint in *Tank Punk, Inc. v. Spike Shipping Ltd.*, Case No. 4:15-cv-01675 (S.D. Tex.) |
| 25-3 | 6/2/25 | Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 4:15-cv-01673 (S.D. Tex.) |
| 25-4 | 6/2/25 | S.D. Tex. Consolidation Order |
| 25-5 | 6/2/25 | Memorandum and Recommendation Granting Defendants' Amended Motion to Vacate Attachments and Dismiss |
| 25-6 | 6/2/25 | Final Judgment dated November 23, 2016 |
| 25-7 | 6/2/25 | Original Verified Complaint filed in *Tank Punk, Inc. v. Spike Shipping Ltd.*, Case No. 1:15-cv-00461-MAC ("**Tank II**") |

---

[1] In his *Notice of Appeal* [Doc 61], Appellant does not list Appellee as an appellee but, rather, a "notice party." In light of his lengthy, meritless, and legally inaccurate footnote, it doesn't appear that this was an oversight. Despite Appellant's misguided view that he can proceed with an appeal without an opponent and without naming the prevailing party as an appellee, Appellee will conduct itself as an appellee on the assumption that the District Court will agree that Appellee is properly regarded as the appellee party to the appeal.

4902-9026-2127.1 01222.00001

| Bk. Ct. Doc. # | Date | Description |
|---|---|---|
| 25-8 | 6/2/25 | Amended Order of Dismissal and Directing the Release of Security in Tank II |
| 25-9 | 6/2/25 | Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 1:15-cv-00355 (E.D. Tex.) ("**Psara II**") |
| 25-10 | 6/2/25 | Order of Dismissal in Psara II |
| 25-11 | 6/2/25 | Plaintiff's Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:16-cv-04840-WB (E.D. Pa.) ("**Psara III**") |
| 25-12 | 6/2/25 | Order issued in Psara III on January 3, 2017 |
| 25-13 | 6/2/25 | Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:16-cv-01305-SM-MBN (E.D. La.) ("**Psara IV**") |
| 25-14 | 6/2/25 | Order issued in Psara IV on January 6, 2017 |
| 25-15 | 6/2/25 | Plaintiff's Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 1:18-cv-00178 (E.D. Tex.) ("**Psara V**") |
| 25-16 | 6/2/25 | Order of Dismissal in Psara V and Psara VI (as defined below) on February 10, 2021 |
| 25-17 | 6/2/25 | Original Verified Complaint in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 2:18-cv-04111 ("**Psara VI**") |
| 25-18 | 6/2/25 | Order and Reasons |
| 25-19 | 6/2/25 | Plaintiff's Original Verified in *Psara Energy, Ltd. v. Space Shipping, Ltd.*, Case No. 3:20-cv-04102 (N.D. Cal.) ("**Psara VII**") |
| 25-20 | 6/2/25 | Order Transferring Case |
| 25-21 | 6/2/25 | Order of Dismissal in Psara VII |
| 25-22 | 6/2/25 | Original Complaint in *Eclipse Liquidity, Inc. v. Geden Holdings Ltd. et al.*, No. 200300816 ("**Eclipse IIIa**") |
| 25-23 | 6/2/25 | Answer and New Matter in Eclipse IIIa |
| 25-24 | 6/2/25 | Original Complaint in *Eclipse Liquidity, Inc. v. Karahmehmet-Williams et al.*, No. 230602605 ("**Eclipse IIIb**") |
| 25-25 | 6/2/25 | Plaintiff's Sur Reply to Corporate Defendants' Reply Brief in Support of Their Preliminary Objections in Eclipse IIIb |
| 25-26 | 6/2/25 | Appeal Opinion issued on April 23, 2024 in Eclipse IIIa and Eclipse IIIb |
| 25-27 | 6/2/25 | Order in Eclipse Liquidity, Inc. v. Geden Holdings Ltd. et al., No. 587 EDA 2024 (Penn. Sup. Ct.) (the "**PA Appeal**") |
| 25-28 | 6/2/25 | Response of Reuben Balzan Liquidator of Geden Holdings Ltd. to Order to Show Cause in the PA Appeal |
| 25-29 | 6/2/25 | Declaration of Advocate Reuben Balzan |
| 25-30 | 6/2/25 | Order in the PA Appeal |
| 25-31 | 6/2/25 | Petition for Allowance to Appeal Order of the Superior Court filed with the Supreme Court of Pennsylvania on June 4, 2024 |
| 25-32 | 6/2/25 | Order of the Supreme Court of Pennsylvania |
| 25-33 | 6/2/25 | Petition of Reuben Balzan on Behalf of Petitioner Geden Holdings, Ltd. in Liquidation for the Court to Exercise Jurisdiction Under 42 PA. C.S. 726 |
| 25-34 | 6/2/25 | Order of the Supreme Court of Pennsylvania |
| 34-1 | 6/3/25 | October 9, 2024 Motion to Maltese Court – Certified Translation |

October 6, 2025                                Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Michael D. Warner*
    Michael D. Warner (TX Bar # 00792304)
    Steven W. Golden (TX Bar # 24099681)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
sgolden@pszjlaw.com

and

    Jordan A. Kroop (admitted *pro hac vice*)
    Jeffrey M. Dine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
jkroop@pszjlaw.com
jdine@psjzlaw.com

*Counsel for Advantage Award Shipping, LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 6, 2025, a copy of this document was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case under the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the putative Foreign Representative.

                                                */s/ Michael D. Warner*
                                                Michael D. Warner