IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90138 |
| **Geden Holdings, Ltd.** | § | |
| | § | **Chapter 15** |
| Debtor in a Foreign Proceeding | § | |

## NOTICE OF RESCHEDULING ELECTRONIC HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The hearing (the "Hearing") set for November 19, 2025 at 10:00 a.m. (prevailing Central Time) before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "Court"), to consider the *Amended Foreign Representative's Motion for (I) Stay Pending Appeal and (II) Restore or Grant an Injunction While an Appeal is Pending* [ECF No. 72] has been re-set for **December 16, 2025 at 2:00 p.m**. (prevailing Central Time) in Courtroom 400, 515 Rusk, Houston, Texas 77007.

Respectfully submitted this 18th day of November, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:      /s/ *Edward A. Clarkson, III*
    Matthew S. Okin
    Texas Bar No. 00784695
    mokin@okinadams.com
    Edward A. Clarkson
    Texas Bar No. 24059118
    eclarkson@okinadams.com
    Kelley K. Edwards
    Texas Bar No. 24129017
    kedwards@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

ATTORNEYS FOR THE FOREIGN
REPRESENTATIVE