**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Case No: 25-90138 | Name of Debtor:<br>**Geden Holdings, Ltd.** |
| Witnesses:<br>　1. Dr. Reuben Balzan<br>　2. Any Witness Called by Any Other<br>　　Party | Judge: Alfredo R. Perez |
| | Hearing Date: December 16, 2025 |
| | Hearing Time: 2:00 p.m. |
| | Party Names: Dr. Reuben Balzen, Foreign<br>Representative for the Debtor |
| | Attorney's Name: Matthew S. Okin |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

    1.    *Amended Motion for (I) Stay Pending Appeal, and (II) Restore or Grant an Injunction While an Appeal is Pending* [ECF # 72];

    2.    *Appellee's Opposition to Motion for Stay Pending Appeal* [ECF # 76]

    3.    *Reply in Support of Foreign Representative's Amended Motion for Stay Pending Appeal* [ECF # 77]

**DEBTORS' EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Amended Motion for (I) Stay Pending Appeal, and (II) Restore or Grant an Injunction While an Appeal is Pending [ECF #72] | | | | |
| 2. | Reply in Support of Foreign Representative's Amended Motion for Stay Pending Appeal [ECF # 77] | | | | |
| 3. | Declaration of Foreign Representative in Support of the Amended Motion for (I) Stay Pending Appeal, and (II) Restore or Grant an Injunction While an Appeal is Pending [ECF # 72-1] | | | | |

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---------|-------------|---------|-----------|----------|-------------|
| 5. | Notice of Rescheduling Electronic Hearing [ECF No. 78] | | | | |
| 6. | Certificate of Service regarding Hearing on Motion for Stay Pending Appeal [ECF No. 79]. | | | | |
| 9. | Any Exhibit Identified or Offered by Any Other Party | | | | |
| 10. | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted this 10th day of December, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By: _____ /s/ *Edward A. Clarkson, III*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
Edward A. Clarkson
Texas Bar No. 24059118
eclarkson@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
kedwards@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE FOREIGN
REPRESENTATIVE**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By: _ /s/ *Edward A. Clarkson, III* ___
Edward A. Clarkson, III

4915-7704-2810, v. 2